**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. ___ **06 - CV - 01378 - ᵇᵉᵇ**

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JOSEPH CARDEN,

     Plaintiff,

v.

MAYOR ED TAUER, (Aurora City Government),
CHIEF OF AURORA POLICE (JOHN DOE),
AURORA POLICE DEPT.,
JOHN DOE & JANE DOE 1-100,
ARAPAHOE COUNTY COMMISERS [sic] OFFICE,
BERNIE ZIMMER,
MAYOR OF CENTENNIAL - Mayor RANDY PYE,
J. GRAYSON ROBINSON,
PATRICK J. SULLIVAN, JR., DETENTION CENTER,
LT. MANOS,
MAILROOM,
CAPTAIN BAY,
LAW LIBRARY - SHEILA CLARK,
CHIEF LAUDERDALE,
CORRECTIONAL HEALTH MANAGEMENT,
ELAINE MEYERS, H.S.A.,
DR. SOLIS,
DR.S HREGAL,
NURSE TIM,
NURSE LAURA,
ARAPAHOE COUNTY DISTRICT ATTORNEYS OFFICE,
CAROL CHAMBERS,
JOHN DOE & JANE DOE 1-200,
ARAMARK FOOD SERVICE,
EDDIE CILMER,
MAURICE WOMACK,
JANE STADDISH (Dietician,
AURORA CANINE UNIT,
ARAPAHOE COUNTY PUBLIC DEFENDERS OFFICE,
JOHN DOE - JANE DOE 1-100, and
All the above Defendants in their official and individual capacity and the unknown

Dockets.Justia.com

Defendants currently no Known by name will name later,

Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application**:
(10) _X_ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been

received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 13ᵗʰ day of July _____, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 0 1 3 7 8 - BNB**

Joseph Carden
Prisoner No. 0603101
Arapahoe County Det. Facility
P.O. Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___7-17-06___

GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk