IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

Civil Action No. **06 - CV - 01378**

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOSEPH CARDEN,

    Plaintiff,

v.

MAYOR ED TAUER, (Aurora City Government),
CHIEF OF AURORA POLICE (JOHN DOE),
AURORA POLICE DEPT.,
JOHN DOE & JANE DOE 1-100,
ARAPAHOE COUNTY COMMISERS [sic] OFFICE,
BERNIE ZIMMER,
MAYOR OF CENTENNIAL - Mayor RANDY PYE,
J. GRAYSON ROBINSON,
PATRICK J. SULLIVAN, JR., DETENTION CENTER,
LT. MANOS,
MAILROOM,
CAPTAIN BAY,
LAW LIBRARY - SHEILA CLARK,
CHIEF LAUDERDALE,
CORRECTIONAL HEALTH MANAGEMENT,
ELAINE MEYERS, H.S.A.,
DR. SOLIS,
DR.S HREGAL,
NURSE TIM,
NURSE LAURA,
ARAPAHOE COUNTY DISTRICT ATTORNEYS OFFICE,
CAROL CHAMBERS,
JOHN DOE & JANE DOE 1-200,
ARAMARK FOOD SERVICE,
EDDIE CILMER,
MAURICE WOMACK,
JANE STADDISH (Dietician,
AURORA CANINE UNIT,
ARAPAHOE COUNTY PUBLIC DEFENDERS OFFICE,
JOHN DOE - JANE DOE 1-100, and
All the above Defendants in their official and individual capacity and the unknown

Defendants currently no Known by name will name later,

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been

2

|      |     | received by the court. |
|------|-----|------------------------|
| (17) | __  | names in caption do not match names in text |
| (18) | __  | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13th_ day of _July_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01378-BNB

Joseph Carden
Prisoner No. 0603101
Arapahoe County Det. Facility
P.O. Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7-17-06

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk